UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY WAYNE BARNES, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:09-CV-1769-G |
| RICK THALER, Director, Texas ) | |
| Department of Criminal Justice, ) | **ECF** |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby accepted as the findings of the court.

   **SO ORDERED**.

December 15, 2009.

                                   _____
                                   A. JOE FISH
                                   **Senior United States District Judge**